1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9
10

UNITED STATES OF AMERICA,

Case No.:  17CR00681-JAH

11

Plaintiff,

12

v.

**ORDER GRANTING MOTION TO RECALL ARREST WARRANT AND ORDERING DEFENDANT TO APPEAR (Doc. No. 75)**

13

DEBI KAYE AHERN,

14

Defendant.

15
16    Pending before the Court is Defendant Deby Kaye Ahern's Motion to Recall Arrest

17  Warrant and Issue Notice to Appear. *See* Doc. No. 75. The motion is unopposed. Upon

18  consideration, IT IS HEREBY ORDERED the motion is **GRANTED**. The arrest warrant

19  issued on July 24, 2019, for Defendant Debi Kaye Ahern is **RECALLED**.

20    IT IS FURTHER ORDERED that Defendant shall appear before this Court in

21  Courtroom 13b at 333 W. Broadway, San Diego, California 92101 on **June 22, 2020, at**

22  **10:15 a.m.** regarding her probation.

23    **IT IS SO ORDERED.**

24  DATED:  June 5, 2020

25
26  _____

27  JOHN A. HOUSTON
    UNITED STATES DISTRICT JUDGE

28

1

17CR00681-JAH